UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SUNDRA FRANKS,　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　13-CV- 2261 (ILG)

　　　　　　　　　　Plaintiff,

　　-against-

CITY OF NEW YORK, and NEW YORK
CITY POLICE OFFICER RICHARD
DINKLE, Shield # 28075,

　　　　　　　　　　Defendants.
---------------------------------------------------------X

　　　　　　A Memorandum and Order of Honorable I. Leo Glasser, United States District Judge, having been filed on May 20, 2015, granting Defendants' motion for summary judgment; and directing the Clerk of Court to enter judgment in favor of Defendants and to close the case; it is

　　　　　　ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted; and that judgment is hereby entered in favor of Defendants City of New York and New York City Police Officer Richard Dinkle and against Plaintiff Sundra Franks; and that the case is closed.

Dated: Brooklyn, New York　　　　　　　　　　　　　Douglas C. Palmer
　　　　　May 20, 2015　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　by:　　*/s/ Janet Hamilton*
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk